IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:14-cr-230-FDW |
| ) | |
| v. ) | |
| ) | **ORDER UNSEALING** |
| (1) RYAN CLARK TUCKER ) | **INDICTMENT AND ARREST** |
| (2) JAMIE ERIN JACKSON ) | **WARRANTS** |
| ) | |

UPON MOTION of the United States of America for an order directing that the Bill of Indictment and the Arrest Warrants be unsealed, because the need to protect the secrecy of the on-going nature of the investigation no longer exists,

**IT IS HEREBY ORDERED** that the Bill of Indictment and the Arrest Warrants are hereby unsealed.

The Clerk is directed to certify a copy of this Order to the United States Attorney's Office via email to Steven.Kaufman@usdoj.gov.

SO ORDERED this 4th day of December 2014.

FILED
CHARLOTTE, NC
DEC 0 4 2014
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE